%AO 440 (Rev. 8/01) Summons in a Civil Action

___ FILED   ___ ENTERED
___ LODGED   ___ RECEIVED

# UNITED STATES DISTRICT COURT

MAR - 5 2003

District of **MARYLAND**

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

DUNKIN' DONUTS INCORPORATED,
BASKIN-ROBBINS USA, CO.,

**SUMMONS IN A CIVIL CASE**

V.

Plaintiffs

UMIYA, LLC,

CASE NUMBER: **L03CV386**

Defendant

TO: (Name and address of Defendant)
UMIYA, LLC
7846 Eastern Avenue
Baltimore, MD  21224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Zisk, Esquire
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, DC  20037
(202) 333-8800

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

FEB 12 2003

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint* was made by me⁽¹⁾ | 02/26/03 at 2:45 pm |
| NAME OF SERVER (PRINT)  Vincent A. Piazza | TITLE  Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Mitesh Patel, Manager, authorized to accept. Service was completed at 7846 Eastern Avenue, Baltimore, Maryland 21224**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/28/03
             Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

*Additional documents served:
Civil Cover Sheet, Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs' Memorandum of Law in Support of Their Motion for a Preliniary Injunction, Exhibits, Order and Corporate Disclosure Statement Pursuant to Local Rule 103.3

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.