AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MARYLAND__

DUNKIN' DONUTS INCORPORATED,
BASKIN-ROBBINS USA, CO.,

      V.
        Plaintiffs

UMIYA, LLC,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: L03CV386

TO: (Name and address of Defendant)
UMIYA, LLC
7846 Eastern Avenue
Baltimore, MD 21224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Zisk, Esquire
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, DC 20037
(202) 333-8800

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

(By) DEPUTY CLERK

FEB 12 2003

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 03/05/03 at 2:15 pm |

MAR 1 8 2003
AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Vincent A. Piazza | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): By serving Lawrence J. Quinn, Esquire, authorized to accept. Service was completed at 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   03/05/03
              Date

Signature of Server: Vincent A. Piazza

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
Address of Server  (202) 667-0050

*Corporate Disclosure Statement Pursuant to Local Rule 103.3

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.