IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**DUNKIN' DONUTS INC., et al.**  :
:
    **v.**  :  CIVIL NO. L-03-386
:
**UMIYA, LLC**  :

## ORDER

On February 12, 2003, Plaintiffs Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co. filed a motion requesting a preliminary injunction enjoining their franchisee, Defendant Umiya, LLC, from violating the health, sanitation and safety standards that are set forth in Defendant's Franchise Agreement with Plaintiffs and in Plaintiffs' operating manuals. The motion is unopposed.

Accordingly, the motion is hereby GRANTED, and it is FURTHER ORDERED that, within five (5) days of the date of this Order, Defendant shall cease violating the health, sanitation and safety standards identified on the Store Standards Inspection form dated January 17, 2003 (Pls.' Ex. A).

The preliminary injunction shall govern until the case proceeds to trial.

It is so ORDERED this ___15th___ day of April, 2003.

                                                                                      /s/
                                                  Benson Everett Legg
                                                  Chief Judge