IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, a Delaware Corporation, and BASKIN-ROBBINS USA, CO., a California Corporation, <br><br> Plaintiffs, <br> v. <br><br> UMIYA, LLC,    a Maryland Limited Liability Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. <u>L-03-CV-386</u> |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, Dunkin' Donuts Incorporated and Baskin-Robbins USA, Co., hereby give notice of the dismissal of this action without prejudice.

Respectfully submitted,

_____
David E. Worthen (MD Bar No. 15420)
Robert L. Zisk (MD Bar No. 07147)
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
Telephone:  (202) 333-8800
Facsimile:  (202) 625-3311

Attorneys for Plaintiffs
Dunkin' Donuts Incorporated and
Baskin-Robbins USA, Co.

Dated: June 10, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' notice of dismissal was served, via first class mail, on this 10th day of June 2003 on the following:

Lawrence J. Quinn
Tydings & Rosenburg, LLP
100 East Pratt Street
Baltimore, Maryland 21202

_____
David E. Worthen